## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: May 06, 2025

Ms. Lori Bullock  
Bullock Law  
309 E. Fifth Street  
Suite 202 B  
Des Moines, IA 50309

           Re:  Case No. 24-6060, *Elizabeth Niblock, et al v. University of Kentucky, et al*  
                Originating Case No.  5:19-cv-00394

Dear Counsel,

  The appellant's motion for an extension of time to file the reply brief has been GRANTED.  The reply brief is now due **June 13, 2025**.

                                        Sincerely,

                                        s/Michelle R. Lambert  
                                        Case Manager  
                                        Direct Dial No. 513-564-7035

cc:  Mr. Bryan Howard Beauman  
      Mr. Joshua Ian Hammack  
      Mr. Carmine Gennaro Iaccarino  
      Mr. William Eugene Thro  
      Mr. Caleb Randall Trotter  
      Ms. Jill Zwagerman