# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 11, 2026

Mr. Robert R. Carr
Eastern District of Kentucky at Lexington
101 Barr Street
Lexington, KY 40507

Re: Case No. 24-6060, *Elizabeth Niblock, et al v. University of Kentucky, et al*
Originating Case No. 5:19-cv-00394

Dear Mr. Carr,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Michelle

cc: Mr. Bryan Howard Beauman
  Ms. Lori Bullock
  Mr. Joshua Ian Hammack
  Mr. Carmine Gennaro Iaccarino
  Mr. William Eugene Thro
  Mr. Caleb Randall Trotter
  Ms. Jill Zwagerman

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 24-6060
_____

Filed: February 11, 2026

ELIZABETH NIBLOCK, Individually and on behalf of all those similarly situated; ALA HASSAN, Class Representative

    Plaintiffs - Appellants

v.

UNIVERSITY OF KENTUCKY

    Defendant - Appellee

and

MITCHELL S. BARNHART; ELI CAPILOUTO

    Defendants

## MANDATE

  Pursuant to the court's disposition that was filed 01/20/2026 the mandate for this case hereby issues today.

COSTS:  None